UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

| | | |
|---|---|---|
| In re: | \* | Bankr. Case No. 07 – 40755 |
| | | Chapter 11 |
| JEFFREY JOSEPH SHOTKOSKI, | \* | |
| aka Jeff Shotkoski, dba Emerald | | |
| Storage – Sole Prop., | \* | |
| SSN:  xxx-xx-7626, | | |
| | \* | **MOTION FOR ENTRY OF** |
| | | **FINAL JUDGMENT** |
| and | \* | |
| | | |
| CONSTANCE LYNN SHOTKOSKI, | \* | |
| aka Connie Shotkoski, | | |
| SSN:  xxx-xx-9037, | \* | |
| | | |
| Debtors. | \* | |
| | | |
| | \* | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**COME NOW** Jeffrey Joseph Shotkoski and Constance Lynn Shotkoski, proponents of a Confirmed Plan, and make a Motion for Entry of a Final Decree; said Motion being predicated upon the following:

1.  That this Court entered its Order Confirming Plan on September 16, 2008.

2.  That consummation of the Plan for purposes of the Motion has taken place.

3.  That there are no required deposits that need to be distributed.

4.  That there is no property that was required to be transferred that has not been transferred.

5.  That Debtors have at all times assumed the business or management of the property involved.

6.  That Plan payments have commenced.

7.  That there are no holders of claims or interests which have not been surrendered or released in accordance with the provisions of the Plan.

8.  That the Debtors do not waive any of their rights afforded by 11 USC §1127.

9.  That all motions, contested matters, and adversary proceedings have been finally resolved.

Dated this 16th day of September, 2009.

GERRY & KULM ASK, PROF. LLC:


By:    /s/ Laura L. Kulm Ask
       LAURA L. KULM ASK
       Attorneys for Debtors
       507 W. 10th Street, P.O. Box 966
       Sioux Falls, SD 57101-0966
       Telephone: (605)336-6400
       Facsimile: (605)336-6842
       Email:  ask@sgsllc.com